IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VERNA CLARK**                                                                                           **PLAINTIFF**
**ADC #712557**

v.                                  Case No: 3:23-cv-00171-LPR

**TIGER ADMIN, Law Enforcement Officer**
**(Trumann, AR),** *et al.*                                                                            **DEFENDANTS**

## ORDER

Plaintiff Verna Clark filed this action *pro se*.[1] On April 25, 2024, the Court issued an Order granting Ms. Clark's request to proceed *in forma pauperis* and explaining that her Complaint was deficient for failure to state a claim.[2] The Court gave Ms. Clark forty-five days to amend her Complaint, and warned her that failure to file an amended complaint would result in the dismissal of her case.[3] Ms. Clark has not complied with, or otherwise responded to, the Court's April 25th Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's April 25, 2024 Order, Ms. Clark's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 10).

[3] *Id.*